**IT IS SO ORDERED.**

**SIGNED THIS: June 23, 2009**

_____
**THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

_____

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. |
| BYERS, RANDY E. & JUDY E. | ) | 08-81053 |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

   The objection of Michael D. Clark, Trustee, to the claim of Graber Services, claim #18, in the above-captioned case duly came upon due notice to all parties in interest. The creditor has not responded to the Trustee's objection. The Court considered the Trustee's objection, therefore, it is

     ORDERED that claim #18 filed by Graber Services is to be allowed as filed however, it is to be paid direct by the debtor pursuant to the plan and not through the control of the Trustee.

###

# CERTIFICATE OF NOTICE

```
District/off: 0753-1          User: jcas              Page 1 of 1              Date Rcvd: Jun 23, 2009
Case: 08-81053                Form ID: pdf012         Total Noticed: 1

The following entities were noticed by first class mail on Jun 25, 2009.
4808453        Graber Services,   Hwy 34 W,   3098220 St.,   Lockridge, IA 52635

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 25, 2009**           **Signature:** *Joseph Speetjens*